Same case below, 389 Fed. Appx. 980.

**No. 10-1181. Lynette Troutman, Petitioner v. Estate of Roger Troutman, et al.**

563 U.S. 1008, 131 S. Ct. 2909, 179 L. Ed. 2d 1247, 2011 U.S. LEXIS 3898.

May 23, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Montgomery County denied.

Same case below, 189 Ohio App. 3d 19, 937 N.E.2d 173.

**No. 10-1182. David Lee Simmons, Petitioner v. Peter Deuel, et al.**

563 U.S. 1008, 131 S. Ct. 2910, 179 L. Ed. 2d 1247, 2011 U.S. LEXIS 3971.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 402 Fed. Appx. 282.

**No. 10-1194. Maricopa County, Arizona, et al., Petitioners v. Jennifer Braillard, et al.**

563 U.S. 1008, 131 S. Ct. 2911, 179 L. Ed. 2d 1247, 2011 U.S. LEXIS 3957.

May 23, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two denied.

Same case below, 224 Ariz. 481, 232 P.3d 1263.

**No. 10-1247. Hussein Soloman Roble, Petitioner v. Minnesota.**

563 U.S. 1008, 131 S. Ct. 2924, 179 L. Ed. 2d 1247, 2011 U.S. LEXIS 3863.

May 23, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 10-1257. James A. Kay, Jr., and Marc D. Sobel, Petitioners v. Federal Communications Commission.**

563 U.S. 1009, 131 S. Ct. 2913, 179 L. Ed. 2d 1247, 2011 U.S. LEXIS 3953.

May 23, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 10-1266. Michael R. Levy, Independent Executor of the Estate of Meyer Levy, Deceased, Petitioner v. United States.**

563 U.S. 1009, 131 S. Ct. 2914, 179 L. Ed. 2d 1247, 2011 U.S. LEXIS 3874.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 979.

**No. 10-1282. Wahidullah Hossaini, Petitioner v. United States.**

563 U.S. 1009, 131 S. Ct. 2914, 179 L. Ed. 2d 1247, 2011 U.S. LEXIS 3975.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 407 Fed. Appx. 556.